Charles D. Cole, Jr.
Newman Fitch Altheim Myers
14 Wall Street
New York, New York 10005-2101
(212) 619-4350
Attorneys for Defendants Ryan Phelan and Universal
   Promotions Group, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------X
SHAWN COLLINS, MELISSA              :
WARD and AFFILIATE SUMMIT         :
CORPORATION,                               :
                                     :
           Plaintiffs,        :    06-cv-1704 (DMC) (MF)
                                     :
          vs.                :    ORDER
                                     :
RYAN PHELAN and UNIVERSAL          :
PROMOTIONS GROUP, INC.              :
                                   :
          Defendants.       :
-----------------------------------------------------------X

       This matter comes before the court upon motion of defendants, Ryan Phelan and Universal Promotions Group, Inc., to admit Karisa D. Johnson, to the bar of this court *pro hac vice*, returnable June 12, 2006; and the court having reviewed the defendants' submissions; and the court having considered the matter pursuant to Fed. R. Civ. P. 78; and good cause having been shown;

       IT IS on this ~~12th~~ 1st day of June 2006,

ORDERED that Karisa D. Johnson be permitted to appear *pro hac vice*; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Charles D. Cole, Jr., Counsel of record for Defendants and a member in good standing of the New Jersey Bar, who shall be held responsible for said papers and for the conduct of the cause and who shall be present before the Court during all steps of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted herein; and it is

FURTHER ORDERED that for the duration of this case Karisa D. Johnson shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, in accordance with New Jersey Court Rule 1:28-2 within 20 days of the date of the entry of this Order; and it is

FURTHER ORDERED that Karisa D. Johnson shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including the provisions of L. Civ. R. 104.1 <u>Discipline of Attorneys</u>; and it is

FURTHER ORDERED that Karisa D. Johnson shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey's contingent fee rule, pursuant to New Jersey Court Rule 1:21-7, as amended.

_____
Mark Falk
United States Magistrate Judge