|  |  |
|---|---|
| **SHAWN COLLINS, et al.,** : | **UNITED STATES DISTRICT COURT** |
| : | **DISTRICT OF NEW JERSEY** |
| **Plaintiff(s),** : |  |
| : | **Hon. Dennis M. Cavanaugh, U.S. D.J.** |
| -vs- : | **Civil Action No. 06-1704 (DMC)** |
| : |  |
| **RYAN PHELAN, et al.,** : | **ORDER ADJOURNING AND** |
| : | **RESCHEDULING CONFERENCE** |
| **Defendant(s).** : |  |

**IT IS** on this 27th day of June, 2006

**ORDERED** that the Rule 16 conference before the undersigned which had been scheduled on July 13, 2006 is hereby **rescheduled** to **Tuesday, July 25, 2006 at 11:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.

/s/ Mark Falk
**MARK FALK**
**United States Magistrate Judge**

Orig.: Clerk of the Court
cc: Hon. Dennis M. Cavanaugh, U.S.D.J.
     Parties
     File