NOT FOR PUBLICATION                                                                **CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN COLLINS, MELISSA WARD AND AFFILIATE SUMMIT CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> RYAN PHELAN AND UNIVERSAL PROMOTIONS GROUP, INC. <br><br> Defendants. | **Hon. Dennis M. Cavanaugh** <br><br> **ORDER** <br><br> Civil Action No. 06-cv-1704 (DMC) |

This matter comes before the Court upon a motion by Ryan Phelan and Universal Promotions Group, Inc. ("Defendants"), to dismiss the Complaint filed by Shawn Collins, Melissa Ward, and Affiliate Summit Corporation ("Plaintiffs"), for lack of personal jurisdiction and improper venue, or in the alternative, to transfer venue to the United States District Court for the District of Nebraska. No oral argument was held pursuant to Rule 78 of the Federal Rule of Civil Procedure. After examining all of the submissions by both parties and for the reasons stated in the Court's Opinion issued on this day,

IT IS on this 29th day of June 2006,

**ORDERED** that Defendants' motion to dismiss for lack of personal jurisdiction and for improper venue is **denied**; and it is further

**ORDERED** that Defendant's motion to transfer venue to the United States District Court, District of Nebraska, is **granted**.

      S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Date:         June 29, 2006
Original:    Clerk's Office
cc:          All Counsel of Record
           The Honorable Mark Falk, U.S.M.J.
           File