## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SHAWN COLLINS, MELISSA WARD and AFFILIATE SUMMIT CORPORATION,** ) ) ) ) | |
| **Plaintiffs,** ) ) | **8:06CV478** |
| vs. ) ) | **ORDER** |
| **RYAN PHELAN and UNIVERSAL PROMOTIONS GROUP, INC.,** ) ) ) ) | |
| **Defendants.** ) | |

This matter is before the court on the Motion to Withdraw filed by defendants as to attorney Charles D. Cole, Jr. [22]. Defendants continue to be represented by other counsel. The court finds that the motion should be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw [22] is granted and the appearance of Charles D. Cole, Jr. is deemed withdrawn.

2. The Clerk shall terminate all further notices to Mr. Cole.

3. For purposes of this case, Charles D. Cole, Jr. is excused from registering for admittance to practice and registering for the court's CM/ECF System.

**DATED July 13, 2006.**

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**