IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAWN COLLINS, et al., | ) | Case No. 8:06CV478 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| RYAN PHELAN, et al., | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Karissa Johnson, counsel for defendant,

**IT IS ORDERED:**

1. On or before **September 15, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable F. A. Gossett at Gossett@ned.uscourts.gov, a draft order in WordPerfect format, which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 15th day of August 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge