IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHAWN COLLINS, MELISSA WARD and
AFFILIATE SUMMIT CORPORATION,

        Plaintiffs,

v.

RYAN PHELAN and UNIVERSAL
PROMOTIONS GROUP, INC.,

        Defendants.

Case No. 8:06-cv-478

**ORDER**

THIS MATTER IS BEFORE THE COURT upon the parties' Stipulation for Dismissal with Prejudice (Filing No. 26).  Upon being informed in the premises, the Court finds that the requested Order should be entered.

WHEREFORE, IT IS ORDERED the above-referenced action should be and hereby is dismissed with prejudice, with each party to pay its own costs and attorneys fees.

DATED September 5, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge